UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDDIE SARENANA, | ) | CASE NO. CV 14-6549-MMM (AGR) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is remanded to the Commissioner for further proceedings consistent with Report and Recommendation.

DATED: July 9, 2015

_____
MARGARET M. MORROW
United States District Judge